IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRCIT OF TENNESSEE
WESTERN DIVISION

FILED BY  CAS  D.C.

2005 JUN 30  PM 3: 22

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

| | |
|---|---|
| DONNA SANTOS,              ) | |
|                            ) | |
|     Plaintiff,             ) | Civil Action No. 03-2861 Ma |
|                            ) | |
| vs.                        ) | |
|                            ) | |
| UNUMPROVIDENT CORPORATION; ) | |
| UNUM LIFE INSURANCE COMPANY ) | |
| OF AMERICA, et al,         ) | |
|                            ) | |
|     Defendants.            ) | |

### [PROPOSED] ORDER GRANTING JOINT MOTION FOR MODIFICATION OF DECEMBER 1, 2004 SCHEDULING ORDER

It appearing to the Court that the parties' Join Motion for Modification of December 1, 2004 Scheduling Order should be granted;

IT IS, THEREFORE, ORDERED that this Court's December 1, 2004, Scheduling Order governing this ERISA case shall be modified as follows:

> Santos shall file a Motion to Reverse the Plan Administrator's Decision to Deny Benefits on or before July 29, 2005. Unum shall file its responsive brief on or before August 29, 2005.

Date: _____

By: S. Thomas Anderson
United States Magistrate Judge

DATED: June 30, 2005.

M SRH1 887877 v1
2790885-000033  06/27/05

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on  7-1-05

28

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 28 in case 2:03-CV-02861 was distributed by fax, mail, or direct printing on July 1, 2005 to the parties listed.

---

Clinton C. Carter
BEASLEY ALLEN CROW METHVIN PORTIS & MILES, PC
272 Commerce St.
P.O. Box 4160
Montgomery, AL 36103--416

S. Russell Headrick
BAKER DONELSON BEARMAN CALDWELL & BERKOWITZ- Memphis
165 Madison Ave.
Ste. 2000
Memphis, TN 38103

Honorable Samuel Mays
US DISTRICT COURT