IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY ⎯⎯ D.C.

05 SEP -6 AM 8: 12

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

DONNA SANTOS,

    Plaintiff,

VS.                                      NO. 03-2861-Ma

UNUMPROVIDENT CORP., ET AL.,

    Defendants.

---

### ORDER OF DISMISSAL

---

The parties have submitted a "Stipulation of Dismissal With Prejudice" in this matter indicating that this matter may be dismissed. It is therefore ORDERED that this case is DISMISSED with prejudice, each party to bear its own costs.

Entered this __2d__ day of September, 2005.

                                SAMUEL H. MAYS, JR.
                                UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on __9-9-05__

30

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 30 in case 2:03-CV-02861 was distributed by fax, mail, or direct printing on September 9, 2005 to the parties listed.

---

Clinton C. Carter
BEASLEY ALLEN CROW METHVIN PORTIS & MILES, PC
272 Commerce St.
P.O. Box 4160
Montgomery, AL 36103--416

S. Russell Headrick
BAKER DONELSON BEARMAN CALDWELL & BERKOWITZ- Memphis
165 Madison Ave.
Ste. 2000
Memphis, TN 38103

Honorable Samuel Mays
US DISTRICT COURT